United States v. Ranciglio, 429 F.2d 228 (8th Cir. 1970).

Having so concluded, we pretermit discussion of the waiver of counsel, observing, however, that there was substantial evidence introduced at the hearing on the motion to suppress to support the supreme court's holding that appellant did knowingly and intelligently waive the right to have counsel present at the showup.

The order appealed from is affirmed and our mandate shall issue forthwith.

Robert B. Thompson, Gainesville, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Robert E. Whitley, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Edward Britt WILSON, Defendant-**
**Appellant.**

**No. 30926**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

March 31, 1971.

Certiorari Denied June 21, 1971.
See 91 S.Ct. 2253.

**TEX MANUFACTURING COMPANY,**
**Petitioner-Cross Respondent,**

v.

**The NATIONAL LABOR RELATIONS**
**BOARD, Respondent-Cross Petitioner.**

**No. 30602**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

April 6, 1971.

W. A. Thurmond, El Paso, Tex., for petitioner; Scott, Hulse, Marshall & Feuille, El Paso, Tex., of counsel.

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.